IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CECELIA FRAZIER
*On Behalf of*
A MINOR CHILD, T.J.R.                                                                                    PLAINTIFF


V.                                          Civil No. 1:12-cv-1007


MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                           DEFENDANT


## ORDER

Before the Court is the Report and Recommendation filed January 17, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 17). Judge Bryant has reviewed Plaintiff's motion requesting attorney's fees (ECF No. 15) related to her successful appeal of the denial of social security benefits on behalf of T.J.R. Judge Bryant recommends granting Plaintiff's motion. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own. Accordingly, Plaintiff's motion (ECF No. 15) should be and hereby is **GRANTED**. Plaintiff shall be awarded $2,123.47 in attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS SO ORDERED**, this 5th day of February, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge